*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 13-BG-1257**

IN RE: MIRA S. BURGHARDT,
                              Respondent.

**Bar Registration No. 484157**                    **BDN: 407-13**

BEFORE:    Fisher, Associate Judge, and Ferren and King, Senior Judges.

**ORDER**
(FILED - February 20, 2014)

On consideration of the certified order suspending respondent from the practice of law in the state of Massachusetts for a period of one year and one day, this court's November 21, 2013, order suspending respondent pending further action of the court and directing her to show cause why the reciprocal discipline of a one-year and one-day suspension with a fitness requirement should not be imposed, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause but did file the affidavit as required by D.C. Bar R. XI, §14 (g) on December 6, 2013, it is

ORDERED that Mira S. Burghardt is hereby suspended from the practice of law in the District of Columbia for a period of one year and one day with reinstatement contingent upon a showing of fitness, *nunc pro tunc* to December 6, 2013. *See, In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007).

**PER CURIAM**